IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE L. BOWDEN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2102

_____/

Opinion filed April 27, 2016.

An appeal from the Circuit Court for Lafayette County.
Darren K. Jackson, Judge.

Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public
Defender, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.